# Exhibit 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHELLE BRUTO DA COSTA, *individually and as personal representative of the* Estate of MARK BRUTO DA COSTA, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>OLYMPUS AMERICA INC et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00903-LK<br><br>JOINT STIPULATION TO TRANSFER VENUE<br><br>NOTE ON MOTION CALENDAR: September 23, 2025 |

Plaintiff Michelle Bruto da Costa, individually and as the personal representative of the Estate of Mark Bruto da Costa, and Defendants Olympus America Inc. (“OAI”), Olympus Corporation of the Americas (“OCA”), and Olympus Medical Systems Corporation (“OMSC”) (collectively, the “Defendants”) (together with Plaintiff, the “Parties”), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The above-captioned matter shall be transferred to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interest of justice.
2. This stipulation is limited solely to the issue of venue. It does not resolve, waive, or concede any issues related to jurisdiction, personal or subject matter, nor does it resolve or affect any claims, defenses, or arguments on the merits of the case. All such rights are expressly preserved.



LAW OFFICE OF ANTHONY URIE, PLLC
18130 Midvale Ave N.
Shoreline, WA 98133
206-859-3400

3. To facilitate Plaintiff's orderly transition following the venue transfer, Defendants agree to refrain from filing any motions for twenty-one (21) days beginning on the date the transferee court, the United States District Court for the Northern District of Illinois, accepts the case, unless otherwise ordered by that court.

Dated: September 23, 2025

Respectfully submitted,

STIPULATED AND AGREED:

**/S/ Anthony M. Urie_______________**
**Anthony M. Urie (WSBA No. 11711)**
*Law Office of Anthony M. Urie, PLLC*
18130 Midvale Ave N
Shoreline, WA 98133
Tel: 206-542-4066
Email: anthony@urielaw.com

**/S/ Sarai Cook___________________**
**Sarai Cook (WSBA No. 57432)**
*6 Directions PLLC*
4605 Dove Tree Lane
Oklahoma City, OK 73162
Tel: 602-218-1404
Email: attorney@6directionslaw.com

**Attorneys for Plaintiff**

**/S/ Michael Scoville_______________**
**Michael Scoville (WSBA No. 44913)**
*McGuireWoods LLP*
16631 6th Ave SW
Burien, WA 98166
Tel: 202-828-2812
Email: mscoville@mcguirewoods.com

**Specially Appearing for the Defendants**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHELLE BRUTO DA COSTA, *individually and as personal representative of the* Estate of MARK BRUTO DA COSTA, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>OLYMPUS AMERICA INC et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00903-LK<br><br>~~[PROPOSED]~~ ORDER TRANSFERRING VENUE |

ORDER TRANSFERRING VENUE

Upon consideration of the Parties' Joint Stipulation to Transfer Venue, and for good cause shown, it is hereby:

ORDERED that this case is transferred to the United States District Court for the Northern District of Illinois; and

ORDERED that Defendants shall not file any motions for a period of twenty-one (21) days beginning on the date the transferee court, the United States District Court for the Northern District of Illinois, accepts the case, unless otherwise ordered by that court; and



LAW OFFICE OF ANTHONY URIE, PLLC
18130 Midvale Ave N.
Shoreline, WA 98133
206-859-3400

ORDERED that this stipulation and order are limited solely to the issue of venue. They do not resolve, waive, or concede any issues related to jurisdiction, personal or subject matter, nor do they resolve or affect any claims, defenses, or arguments on the merits of the case. All such rights are expressly preserved.

IT IS SO ORDERED.

ENTERED this 24th day of September, 2025.

The Honorable Lauren King
United States District Court Judge
Western District of Washington



LAW OFFICE OF ANTHONY URIE, PLLC
18130 Midvale Ave N.
Shoreline, WA 98133
206-859-3400