# Exhibit 4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Michelle Bruto da Costa, individually and as personal representative of the estate of Mark Bruto da Costa, deceased,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Olympus America Inc.,**<br>**Olympus Corporation of the Americas,**<br>**Olympus Medical Systems Corporation,**<br><br>**Defendants.** | **Case No. 1:25-cv-12049**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff, Michelle Bruto da Costa, as Personal Representative of the Estate of Mark Bruto da Costa, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

This dismissal is proper because no defendant has served either an answer or a motion for summary judgment in this action. The action is not a class action under Rule 23(e), a derivative



Sarai Cook, 6Directons PLLC
WSBA # 57432
4605 Dove Tree LN, Oklahoma City, OK 73162, 602-218-1404,
attorney@6directionslaw.com

action under Rule 23.1(c), an action relating to an unincorporated association under Rule 23.2, or an action governed by Rule 66 concerning receivers. No federal statute limits or conditions the dismissal of the claims asserted, and the claims arise solely under state law.

Accordingly, this notice effectuates a dismissal of the action without prejudice and without the need for a court order, as provided in Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

DATED this 23rd day of October, 2025, in Oklahoma City, Oklahoma

By:___/s/Sarai Cook___________
Sarai Cook, 6Directions PLLC
WSBA No. 57432
4605 Dove Tree LN
Oklahoma City, Oklahoma, 73162
602-218-1404
attorney@6directionslaw.com

Attorney for Plaintiff

Approved By:



Michelle Bruto da Costa, Plaintiff



Sarai Cook, 6Directons PLLC
WSBA # 57432
4605 Dove Tree LN, Oklahoma City, OK
73162, 602-218-1404,
attorney@6directionslaw.com

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Final Audit Report 2025-10-23

| | |
|---|---|
| Created: | 2025-10-23 |
| By: | Sarai Cook (attorney@6directionslaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAoMyr2cO_eOc0WkYAU_iYCihyQEh9IvB |

## "NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDIC E" History

Document created by Sarai Cook (attorney@6directionslaw.com)
2025-10-23 - 2:24:32 AM GMT- IP address: 66.21.242.2

Document emailed to Michelle Bruto da Costa (michelleb@cmghomeloans.com) for signature
2025-10-23 - 2:24:36 AM GMT

Email viewed by Michelle Bruto da Costa (michelleb@cmghomeloans.com)
2025-10-23 - 3:48:25 AM GMT- IP address: 174.215.112.231

Document e-signed by Michelle Bruto da Costa (michelleb@cmghomeloans.com)
Signature Date: 2025-10-23 - 3:50:59 AM GMT - Time Source: server- IP address: 104.28.116.89

Agreement completed.
2025-10-23 - 3:50:59 AM GMT