THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE BRUTO DA COSTA, Individually and as personal representative of the Estate of MARK BRUTO DA COSTA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS SURGICAL TECHNOLOGIES AMERICA, AIZU OLYMPUS CO. LTD, AOMORI OLYMPUS CO. LTD., SHIRAKAWA OLYMPUS CO. LTD.,<br><br>Defendants. | No. 2:26-cv-01977-RSL<br><br>**DECLARATION OF MATTHEW WYNOCKER IN SUPPORT OF DEFENDANTS OLYMPUS AMERICA INC.'S, OLYMPUS CORPORATION OF THE AMERICAS'S, AND OLYMPUS SURGICAL TECHNOLOGIES AMERICA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS** |



Document Name: Olympus - Corporate Structure Decl. - DRAFT 4901-3487-9704 3.docx Transaction ID: CBJCHBCAABAAvzr0CVTped_uJrIuX_mM16D3oiaiYTR6

Defendants Olympus America Inc., Olympus Corporation of the Americas, and Olympus Surgical Technologies America submit this declaration in support of their Motion to Dismiss or, in the Alternative, to Transfer Venue to the Northern District of Illinois:

I, Matthew Wynocker, declare as follows:

1. My name is Matthew Wynocker. I am over 18 years of age, and I have personal knowledge of all matters set forth herein.

2. I am Senior Director, Finance, Americas of Olympus Corporation of the Americas (OCA). I am familiar with the corporate structure of OCA and its subsidiaries.

3. I have reviewed the Complaint filed in a prior case brought by Plaintiff (Case No. 2:25-cv-00903) ("First Complaint"), and in this case ("Second Complaint"). Based on those documents, I understand that in the First Complaint, filed in May 2025, Plaintiff alleged that Mr. Bruto Da Costa underwent a Endoscopic Retrograde Cholangiopancreatography at Northwestern Hospital in Chicago, Illinois, on May 15, 2023, and that an Olympus TJF-Q190V duodenoscope was used in Mr. Bruto Da Costa's Chicago procedure.

4. I also understand that Plaintiff alleges Mr. Bruto Da Costa underwent a second Endoscopic Retrograde Cholangiopancreatography at University of Washington Medical Center in Seattle, Washington, on June 12, 2023, and that an Olympus TJF-Q190V duodenoscope was also used in Mr. Bruto Da Costa's Seattle procedure.

5. Neither OCA nor OAI designs or manufacturers endoscopes. OAI, a subsidiary of OCA, sells endoscopes and medical products in the United States through its team of locally located Endoscopy Account Managers. These are individuals who interact directly with hospitals and clinics in selling endoscopes,



Document Name: Olympus - Corporate Structure Decl. - DRAFT 4901-3487-9704 3.docx Transaction ID: CBJCHBCAABAAvzr0CVTped_uJrIuX_mM16D3oiaiYTR6

and they are located throughout the United States. For Northwestern Hospital, the locally located Endoscopy Account Manager is Jennifer Janis. Additionally, OAI employs an Endoscopy Support Specialist in the Chicago area named Christian De Los Reyes.

6. Neither OCA nor OAI has any operations in Washington relating to the TJF-Q190V duodenoscope used in Mr. Bruto Da Costa's Chicago procedure.

7. Gyrus ACMI, Inc. (d/b/a) Olympus Surgical Technologies America (OSTA), is a subsidiary of OCA. OSTA is incorporated in Delaware, and headquartered in Westborough, Massachusetts. OSTA does not sell or distribute Olympus devices in the United States. OSTA manufactures certain Olympus devices in Massachusetts, but it does not manufacture TJF-Q190V duodenoscopes, including the duodenoscopes used in Mr. Bruto da Costa's Chicago and Seattle procedures. OSTA also services and repairs Olympus devices at facilities in California and Tennessee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 15 day of October, 2026.

Matthew Wynocker

/s/ ______________________



Document Name: Olympus - Corporate Structure Decl. - DRAFT 4901-3487-9704 3.docx Transaction ID: CBJCHBCAABAAvzr0CVTped_uJrIuX_mM16D3oiaiYTR6