THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE BRUTO DA COSTA, individually and as personal representative of the Estate of MARK BRUTO DA COSTA, deceased,

Plaintiff,

v.

OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS SURGICAL TECHNOLOGIES AMERICA, AIZU OLYMPUS CO. LTD, AOMORI OLYMPUS CO. LTD., SHIRAKAWA OLYMPUS CO. LTD.,

Defendants.

No. 2:26-cv-01977-RSL

STIPULATED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

NOTE ON MOTION CALENDAR: OCTOBER 22, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Defendants Olympus America Inc. ("OAI"), Olympus Surgical Technologies America ("OSTA"), and Olympus Corporation of the Americas ("OCA") (collectively, the "Defendants") and Plaintiff Michelle Bruto da Costa stipulate and jointly move for an order setting the following briefing schedule on Defendants' Motion to Dismiss, or, in the Alternative, to Transfer Venue to the Northern District of Illinois (the "Motion"), filed October 19, 2026. (Dkt. # 17).



**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Phone: +1.206.336.5000
Fax: +1.206.336.5010

In requesting additional time to respond to the Complaint, the Parties advised the Court that they would submit an appropriate briefing schedule for responding to any motions Defendants filed. (Dkt. #7).

Accordingly, the parties jointly propose that the court enter the following briefing schedule on the Motion.

- Plaintiff's Response to the Motion Due: **December 14, 2026**
- Defendants' Reply in Support of the Motion Due: **January 15, 2027**

Good cause exists because the Motion raises multiple threshold issues and the briefing period spans the holidays.

IT IS SO STIPULATED.

DATED this 22 day of October 2026

By: s/ *Michael Scoville*
Michael Scoville, WSBA No. 44913
**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Telephone: +1.206.336.5000
Facsimile: +1.206.336.5010
MScoville@mcguirewoods.com

*Specially Appearing for Olympus Corporation of the Americas, Olympus Surgical Technologies America, and Olympus America Inc.*

*By: /s/ James Caleb Cunningham (by authorization)*
James Caleb Cunningham, *pro hac vice forthcoming*
LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGHY, P.A.
316 S Baylen Street, Suite 600
Pensacola, FL, 32502-5996
Tel: (850) 435-7018
ccunningham@levinlaw.com

David J. Ko
WSBA No. 38299
KELLER ROHRBACK LLP
1201 Third Ave., Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
dko@kellerrohrback.com

*Attorneys for Plaintiff*



**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Phone: +1.206.336.5000
Fax: +1.206.336.5010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed electronically through the Court's CM/ECF system and has been sent via electronic mail, on October 22, 2026, to the following counsel of record:

David J. Ko
WSBA No. 38299
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: 206-623-1900
Email: dko@kellerrohrback.com

James Caleb Cunningham, *Pro hac vice forthcoming*
Florida Bar No. 0120236
Alabama Bar No. 6629C83U
Missouri Bar No. 70471
LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGY P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel: 850-435-7018
Email: ccunningham@levinlaw.com

*Attorneys for Plaintiff*

Dated October 22, 2026

By: s/ *Michael Scoville*
Michael Scoville, WSBA No. 44913
**McGuireWoods LLP**
1001 Fourth Avenue, Suite 4368
Seattle, Washington 98154
Telephone: +1.206.336.5000
Facsimile: +1.206.336.5010
MScoville@mcguirewoods.com