THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE BRUTO DA COSTA, individually and as personal representative of the Estate of MARK BRUTO DA COSTA, deceased,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS SURGICAL TECHNOLOGIES AMERICA, AIZU OLYMPUS CO. LTD, AOMORI OLYMPUS CO. LTD., SHIRAKAWA OLYMPUS CO. LTD.,<br><br>Defendants. | Case No. 2:26-CV-01977-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE** |

Based on the parties' stipulated motion, IT IS ORDERED that the briefing schedule on Defendants' Motion to Dismiss (Dkt. # 17) is as follows:

1. Plaintiff's response is due December 14, 2026.
2. Defendants' reply is due January 15, 2027.

SO ORDERED this 26th day of October, 2026.

Robt S Lasnik

The Honorable Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Michael Scoville*
Michael Scoville, WSBA No. 44913
**MCGUIREWOODS LLP**
Safeco Plaza
1001 Fourth Ave.
Suite 4368
Seattle, WA 98154
Tel: (206) 336-5180
Facsimile: (206) 336-5010
MScoville@mcguirewoods.com

*Specially Appearing for Olympus America Inc.,*
*Olympus Corporation of the Americas, and Olympus Surgical Technologies America*